IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity      No. 3:21-cv-1021-JR
as COURT-APPOINTED RECEIVER for
the RECEIVERSHIP ENTITY, including      ORDER
AEQUITAS CAPITAL MANAGEMENT,
INC., an Oregon corporation,

              Plaintiff,

     v.

NICHOLAS MAVROLEON, an individual;
and JOHN DOES 1-10,

             Defendants,

HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation on April 18, 2022, in

which she recommends that the Court grant Plaintiff's motion for default judgment. F&R, ECF

16. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of

Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [16]. Accordingly, Plaintiff's Motion for Default Judgment is granted [13].

IT IS SO ORDERED.

DATED: _____May 18, 2022_____.


_____
MARCO A. HERNÁNDEZ
United States District Judge