IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as
Court-Appointed Receiver for the Receivership
entity, including AEQUITAS CAPITAL
MANAGEMENT, INC., an Oregon corporation,

        Plaintiff(s),

   v.

NICHOLAS MAVROLEON, an individual,
et al.,

        Defendant(s).

Civil No. 03:21-cv-01021-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [20] is GRANTED and this action as to the remaining "John Does 1-10" Defendants is DISMISSED without prejudice and without an award of fees or costs to any party.

Dated this 19th day of May, 2022.

        by   /s/ Jolie A. Russo
            Jolie A. Russo
            United States Magistrate Judge